IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LINDA LEE SPRENKLE, et al.
    Plaintiff

v.        91-3468

NATIONAL GYPSUM, et al.
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

AND NOW THIS 20th day of August, 2001, upon consideration of Plaintiff's Motion, it is

ORDERED that the Plaintiff be granted leave to file an Amended Complaint.

_____
United States District Judge

Charles R. Weiner