UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA LEE SPRENKLE, Personal Representative of the Estate of SAMUEL LEONARD SPENCER | * * | |
| Plaintiff, | * | Civil Action: 1:91-cv-03468 |
| v. | * | |
| NATIONAL GYPSUM COMPANY, et al., | * * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of Paul H. Aloe on behalf of Defendant Rapid-American Corporation, in the above-referenced action. Stephen A. Marshall and Sonnenschein, Nath & Rosenthal LLP, and M. King Hill and Venable LLP, will continue to appear on behalf of Defendant Rapid-American Corporation and receive notice of all pleadings, in the above-reference action.

Respectfully Submitted,

_/s/ Paul H. Aloe_
Paul H. Aloe
KUDMAN TRACHTEN LLP
350 Fifth Avenue, Suite 4400
New York, New York 10118
212-868-1010
paloe@kudmanlaw.com

_/s/ Stephen A. Marshall_
Stephen A. Marshall
SONNENSCHEIN, NATH & ROSENTHAL, LLP
1221 Avenue of the Americas, 25th Floor
New York, New York 10020-1089
212-768-6700
smarshall@sonnenschein.com

/s/ M. King Hill, III
M. KING HILL, III
Venable LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD  21285-5517
(410) 494-6200
mkhill@venable.com

*Attorneys for Rapid-American Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2007, a copy of the foregoing Notice of Withdrawal was electronically filed and served on all counsel of record, pursuant to Local Rule of Civil Procedure 102.

/s/ M. King Hill, III
M. KING HILL, III

246658